Case 4:21-cv-00944   Document 38   Filed on 01/27/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUNER ALEXANDER GARCIA-LOPEZ, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-21-944 |
| § | |
| WASTE MANAGEMENT OF TEXAS, § INC., § § | |
| Defendant. § | |

FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order separately signed this day, it is

ORDERED and ADJUDGED that this cause filed by Plaintiff Auner Alexander Garcia-Lopez against Defendant Waste Management of Texas, Inc. is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 27TH day of January 2022.

*[signature: Ewing Werlein, Jr.]*

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE