IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Auner Alexander Garcia-Lopez, et. al. <br> Plaintiffs <br><br> v. <br><br> Waste Management of Texas, Inc., et. al. <br> Defendants | Civil Action No. 4:21-CV-00944 <br><br> Plaintiffs demand trial by Jury |

# NOTICE OF APPEAL

Notice is hereby given that Auner Alexander Garcia-Lopez, et. al., (plaintiffs) in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 27th day of January, 2022.

In Houston, Texas on this 27th day of February of the year 2022.

Respectfully Submitted,

/s/ *Alexander Zeno*
Alexander Zeno
USDC- SDTX #666011
Attorney for Plaintiffs
Naimeh Salem & Associates
8990 Kirby Drive, Suite 200
Houston, TX 77054
(240) 520-2255
azvlaw@aol.com

## Certificate of Service

The undersigned hereby certifies that on this same day the attorney for the Defendants received a copy of this Notice through this Court's CM/ECF electronic filing system.

/s/ *Alexander Zeno*
Alexander Zeno
USDC- SDTX #
Attorney for Plaintiffs
Naimeh Salem & Associates
8990 Kirby Drive, Suite 200
Houston, TX 77054
(240) 520-2255
azvlaw@aol.com
