# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 03, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
December 9, 2022
Lyle W. Cayce
Clerk

No. 22-20112

AUNER ALEXANDER GARCIA-LOPEZ,

*Plaintiff—Appellant,*

versus

WASTE MANAGEMENT OF TEXAS, INCORPORATED; UNNAMED COMPANY X,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-944

---

Before HIGGINBOTHAM, DUNCAN, and ENGELHARDT, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Jan 03, 2023

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 03, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 22-20112   Garcia-Lopez v. Waste Management
                            USDC No. 4:21-CV-944

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Mr. Darryl Wade Anderson
    Ms. Carolyn Webb
    Mr. Alexander Zeno